THE CITY OF NEW YORK, Respondent, *v.* WILLIAM R. HEARST, as President of the NATIONAL ASSOCIATION OF DEMOCRATIC CLUBS, Appellant.

*City of New York* v. *Hearst,* 165 App. Div. 911, affirmed.
(Argued October 11, 1917; decided October 30, 1917.)

APPEAL from a judgment, entered December 9, 1914, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of plaintiff upon the verdict. During a display of fireworks in Madison Square, managed and conducted by the Pain Manufacturing Company, which had been employed for that purpose by the National Association of Democratic Clubs, some of the fireworks exploded and, as a result of the explosion, one Dennis Shea, a police officer, was killed. His administratrix thereafter commenced an action against the city of New York to recover damages. A notice was thereupon served upon this defendant requiring him to defend the action. He having failed to do so, the city was obliged to defend. The trial resulted in a verdict for plaintiff which was subsequently affirmed by the Appellate Division and paid by the city. This action was brought to recover the amount paid.

*Louis Marshall, Samuel Untermyer* and *William A. de Ford* for appellant.

*Lamar Hardy,* Corporation Counsel (*Terence Farley, William E. C. Mayer* and *Leon N. Futter* of counsel), for respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., in *City of New York* v. *Hearst* (142 App. Div. 343).

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.